UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                           CASE NO.

**SONIA HENRIQUES**                                                                  **17-10184**

                                                                                                     **SECTION A**
DEBTOR                                                                                           CHAPTER 13

## REASONS FOR ORDER

This matter came before the Court as an Objection to Proof of Claim #10 (P-27) filed by Sonia Henriques ("D**e**btor").  Debtor challenges Proof of Claim #10's, filed by Heartland Federal Credit Union ("Heartland"), secured status.  Proof of Claim #10 is in the amount of $12,816.55.  Oral argument was held and appearances were made by:

    Mark Needham, counsel for Debtor

    Andrew Wiebelt, counsel for the Chapter 13 Trustee

Following oral argument, the matter was taken under submission.

Debtor financed the purchase of a 2013 Kia Optima.  On September 11, 2014, the debt was refinanced by Heartland.  Because Heartland was not the actual vendor of the vehicle, its claim may be bifurcated into secured and unsecured portions based on the value of the vehicle on the petition date.  11 U.S.C. § 1325.

Debtor offered evidence of the vehicle's value based on the National Automobile Dealers Association's sales as $10,475.00.  Heartland offered no evidence to refute this value.  The Court accepts the value of the vehicle as $10,475.00 and bifurcates Heartland's claim of $12,816.55 into $10,475.00 secured and $2,341.55 unsecured.

Accordingly, the Court finds Debtor's Objection to Proof of Claim #10 to be well-founded.

IT IS ORDERED that Debtor's Objection to Proof of Claim #10 is SUSTAINED.

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 1, 2017.

                                          Hon. Elizabeth W. Magner
                                          U.S. Bankruptcy Judge